NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUAWEI TECHNOLOGIES CO., LTD.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-1498

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01487.

---

**JUDGMENT**

---

NATHANIEL C. LOVE, Sidley Austin LLP, Chicago, IL, argued for appellant.  Also represented by CONSTANTINE L. TRELA, JR., DOUGLAS I. LEWIS; MICHAEL J. BETTINGER, CURT HOLBREICH, San Francisco, CA; RYAN C. MORRIS, Washington, DC.

MAUREEN DONOVAN QUELER, Office of the Solicitor,

United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 15, 2020    /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
                Clerk of Court